No. 439.  UNITED STATES *v.* BORDEN COMPANY ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Richard A. Solomon* for the United States. *Stuart S. Ball* for Borden Company, and *L. Edward Hart* and *John Paul Stevens* for Bowman Dairy Co., appellees. Reported below: —— F. Supp. ——.

No. 468.  ENGEL ET AL. *v.* VITALE ET AL. Court of Appeals of New York. Certiorari granted. *William J. Butler* and *Stanley Geller* for petitioners. *Bertram B. Daiker, Wilford E. Neier, Thomas J. Ford* and *Porter R. Chandler* for respondents. *Charles A. Brind* for the Board of Regents of the University of the State of New York, as *amicus curiae,* in opposition to the petition.

No. 469.  INCRES STEAMSHIP CO., LTD., *v.* INTERNATIONAL MARITIME WORKERS UNION ET AL. Court of Appeals of New York. Certiorari granted. *George S. Leisure* and *Breck P. McAllister* for petitioner. *Herman E. Cooper* and *H. Howard Ostrin* for respondents.

No. 464.  NATIONAL LABOR RELATIONS BOARD *v.* WASHINGTON ALUMINUM Co. C. A. 4th Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Samuel M. Singer* for petitioner. *Robert R. Bair* for respondent.